UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 13-7100 (CLW) |
| YOUSEF ZABEN | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Zach Intrater, Assistant U.S. Attorney), and defendant Yousef Zaben, for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and seven prior continuance orders having been entered by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he/she has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are underway, defense counsel has recently come into this matter, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the entrance of this continuance; and

(3)  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 31 day of __Oct__, 2017,

ORDERED that this action be, and it hereby is, continued for a period of 90 days from November 1, 2017; and it is further

ORDERED that the period of November 1, 2017 through January 31, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.


    s/Cathy L. Waldor
_____
HON. CATHY L. WALDOR
United States Magistrate Judge


Form and entry consented to:

S/Zach Intrater
_____
Zach Intrater
Assistant U.S. Attorney


_____
Kevin Keating, Esq.
Counsel for Defendant